Todd A. Ross
189 Fish Hawk Drive
Winter Haven, FL 33884-4168
(863) 258-6536

11 SEP -6 AM 11:16

FILED

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2,<br><br>Plaintiff,<br><br>vs.<br><br>TODD A. ROSS; DANIELLE ROSS; AMERICAN HOME MORTGAGE SERVICING, INC. AS SUCCESSOR-IN-INTEREST TO OPTION ONE MORTGAGE CORPORATION; HART LAKE COVE HOMEOWNERS ASSOCIATION, INC.; UNKNOWN PERSON(S) IN POSSESSION OF THE SUBJECT PROPERTY;<br><br>Defendants. | Case No.: 8:11-CV-2019-T-26TGW<br><br>**NOTICE OF REMOVAL** |

## NOTICE OF REMOVAL

To:   The Honorable Judges and Clerk of the United States

District Court for the Middle District of Florida, Tampa Division

1. Defendants Todd A. Ross and Danielle Ross moves that the above-entitled cause commenced in the Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida



1

(the "State Court"), Case No. 53-2011-CA-003726-0000-00 against Todd A. Ross, et al, be removed to this Court, and in support thereof state:

2. On or about August 11, 2011, Plaintiff filed a Verified Complaint in the State Court (copy attached as Exhibit A). This Verified Complaint claims that "On July 20, 2006, TODD A. ROSS AND DANIELLE ROSS executed and delivered a promissory note and TODD A. ROSS AND DANIELLE ROSS executed and delivered a mortgage" on Plaintiff's property at 189 Fish Hawk Drive, Winter Haven, Florida legally described as:

> **LOT 4, HART LAKE COVE PHASE 1, ACCORDING TO THE PLAT THEREOF AT RECORDED IN PLAT BOOK 135, PAGES 1 AND 2, OF THE PUBLIC RECORDS OF POLK COUNTY, FLORIDA**

3. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is timely filed within thirty days after the service on Defendants of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based. Defendants received the copy on or about August 15, 2011.

4. Defendants have taken no action in the State Court that would prejudice their right to removal.

5. The United States District Court has original jurisdiction over this case under 28 U.S.C. § 1331 (Federal Question) and U.S.C. § 1692k (Fair Debt Collection Practices Act) because a State Court Verified Complaint is an "attempt to collect" pursuant to the Fair Debt Collection Practices Act; for other FDCPA violations; for FCRA violations; and for other reasons.

6. The United States District Court has original jurisdiction over this case under 28 U.S.C. § 1332(a) (Diversity). The amount in controversy exceeds the sum of $75,000 exclusive of interest and costs and the action is between a citizen of a State and a corporation of a different State. The face of the Verified Complaint shows the Plaintiff's name as HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 and alleges that Plaintiff

is a National Association. Defendant is a citizen of Florida. The Verified Complaint quotes $224,163.01 as the value in controversy, however this is not the full measure of the dispute between the parties, as discovery will show.

7.   The United States District Court has supplemental jurisdiction over any state law claims in the forthcoming Counterclaims under 28 U.S.C. § 1367(a).

8.   This action may be removed to this Court by the Defendant, pursuant to the provisions of 28 U.S.C. § 1441(b), (c) and according to the procedure in 28 U.S.C. § 1446.

9.   Defendants have served a copy of this Notice of Removal upon Plaintiff and will promptly file a copy with the clerk of the Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida.

10.   **WHEREFORE,** Defendants remove the above entitled action now pending in the Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida.

Executed on this ___ day of September, 2011.

_____
Todd A. Ross
189 Fish Hawk Drive
Winter Haven, FL  33884-4168
(863) 258-6536

_____
Danielle Ross
189 Fish Hawk Drive
Winter Haven, FL  33884-4168
(863) 258-6536

## CERTIFICATE OF SERVICE

I certify that upon the date last written below I served a true copy of the foregoing on:

HSBC BANK USA
c/o Courtney Kilbourne, Esq.
Kahane & Associates, P.A.
8201 Peters Road, Ste. 3000
Plantation, Florida 33324

by United States first class mail, postage prepaid.

DATED this __2__ day of September, 2011.

_____
Todd A. Ross