UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HSBC BANK, USA, NATIONAL
ASSOCIATION, *etc.*,

    Plaintiff,

v.                               CASE NO: 8:11-cv-2019-T-26TGW

TODD A. ROSS, *et al.*,

    Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the well-pleaded allegations of Plaintiff's complaint, which is a standard mortgage foreclosure complaint routinely filed in mortgage foreclosure cases such as this one, Defendants' Motion for More Definite Statement (Dkt. 3) is **denied**. The Court determines that Plaintiff's allegations are not so vague or ambiguous that Defendants cannot reasonably prepare a response. Defendants shall file their response within fourteen (14) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on September 7, 2011.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record