UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HSBC BANK USA, NATIONAL ASSOCIATION,
as Trustee for SG Mortgage Securities Trust 2006-OPT2,
Asset Backed Certificates, Series 2006-OPT2,

    Plaintiff,

v.                                            CASE NO: 8:11-cv-2019-T-26TGW

TODD A. ROSS, *et al.,*

    Defendants.
_____/

**O R D E R**

Upon due and careful consideration of the well-pleaded allegations of Plaintiff's complaint, together with the procedural history of this case which reflects service on Defendant Danielle Ross prior to removal from state court and Defendant Todd Ross' voluntary appearance in the case following removal by the filing of a notice of removal and a motion for more definite statement, it is ordered and adjudged that Defendants' Motion to Dismiss (Dkt. 6) is denied. The allegations of Plaintiff's complaint, which is a standard mortgage foreclosure complaint routinely filed in mortgage foreclosure cases such as this one, are more than sufficient to state a plausible claim for relief above the speculative level under the pleading standards announced by the United States Supreme Court in Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1968-69, 1974 (2007) and

Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009). The other issues raised in the motion are more properly addressed within the context of a motion for summary judgment filed after the close of discovery.

**DONE AND ORDERED** at Tampa, Florida, on September 22, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record