**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CASE NO: 8:11-cv-2019-T-26TGW

HSBC BANK USA, NATIONAL ASSOCIATION,
AS TRUSTEE FOR SG MORTGAGE SECURITIES
TRUST 2006-OPT2, ASSET BACKED CERTIFICATES,
SERIES 2006-OPT2

Plaintiff,

vs.

TODD A. ROSS; DANIELLE ROSS; AMERICAN
HOME MORTGAGE SERVICING, INC. AS SUCCESSOR-
IN-INTEREST TO OPTION ONE MORTGAGE CORPORATION;
HART LAKE HOMEOWNERS ASSOCIATION, INC.;
UNKNOWN PERSON(S) IN POSSESSION OF THE SUBJECT
PROPERTY;

Defendants.

_____/

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF**

PLEASE TAKE NOTICE that Joseph F. Poklemba, Esq., and Natalie F. Guerra-Valdes, Esq., of BLANK ROME, LLP, 1200 North Federal Highway, Suite 312, Boca Raton, FL 33432, enter their appearance as additional counsel for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 ("HSBC"), Plaintiff/Counter-Defendant in this cause. All further pleadings and documents should be forwarded to the undersigned attorneys at the below stated address.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 3, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and to Defendants, Todd A. Ross and Danielle Ross.

By: */s/ Natalie F. Guerra-Valdes*_____

Blank Rome, LLP
JOSEPH F. POKLEMBA
Florida Bar No.: 059803
JPoklemba@BlankRome.com
NATALIE F. GUERRA-VALDES
Florida Bar No.: 58737
NGuerra-valdes@BlankRome.com
1200 North Federal Highway, Suite 312
Boca Raton, Florida 33432
Telephone: 561-417-8100
Facsimile: 561-417-8101