FILED

Todd A. Ross
189 Fish Hawk Drive
Winter Haven, FL 33884-4168
(480) 455-7711

12 JAN 26 AM 10: 52

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

### TAMPA DIVISION

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2,<br><br>Plaintiff,<br><br>vs.<br><br>TODD A. ROSS; DANIELLE ROSS; AMERICAN HOME MORTGAGE SERVICING, INC. AS SUCCESSOR-IN-INTEREST TO OPTION ONE MORTGAGE CORPORATION; HART LAKE COVE HOMEOWNERS ASSOCIATION, INC.; UNKNOWN PERSON(S) IN POSSESSION OF THE SUBJECT PROPERTY;<br><br>Defendants. | Case No.: 8:11-cv-02019-RAL-TGW |

## ROSS DEFENDANTS' MOTION TO FILE OUT OF TIME
### RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES

Defendants Todd Ross and Danielle Ross move for leave to file their response to document #22, PLAINTIFF'S MOTION TO STRIKE DEFENDANTS', TODD A. ROSS AND DANIELLE ROSS, AFFIRMATIVE DEFENSES filed by Plaintiff HSBC BANK USA, NATIONAL

ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 ("HSBC"), filed 12/29/11, out of time.

Defendants tender for filing, contemporaneously herewith, a document titled ROSS DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES.

The Federal Rules of Civil Procedure do not specify when a response to a Motion to Strike is due. However, at a guess, this response might have been due 21 days from 12/29/11, or January 19, 2012. See F.R.C.P. Rule 12(a)(1)(A)(i) ("A defendant must serve an answer within ... 21 days after being served with the summons and complaint.")

Defendants work full time, are not attorneys, and find research and writing difficult and time-consuming.

This motion is made in good faith and not for purposes of delay. No party will be prejudiced by the granting of this motion.

DATED this 21 day of January, 2012.

_____
Todd A. Ross
189 Fish Hawk Drive
Winter Haven, FL 33884-4168
(480) 455-7711

_____
Danielle Ross
189 Fish Hawk Drive
Winter Haven, FL 33884-4168
(480) 455-7711

## CERTIFICATE OF SERVICE

I certify that upon the date last written below I served a true copy of the foregoing on:

HSBC BANK USA
c/o Courtney Kilbourne, Esq.
c/o Z. Suzanne Arbide
Kahane & Associates, P.A.
8201 Peters Road, Ste. 3000
Plantation, Florida 33324

HSBC BANK USA
c/o Natalie F. Guerra-Valdes
Arnstein & Lehr, LLP
200 E Las Olas Blvd, Suite 1700
Fr Lauderdale, FL 33301

by United States first class mail, postage prepaid.

DATED this 21 day of January, 2012.

_____
Todd A. Ross

MOTION TO FILE OUT OF TIME
RESPONSE TO HSBC MOTION TO STRIKE AFFIRMATIVE DEFENSES

3