```
DANIELLE A ROSS                 0 3 LBS LTR 1 OF 1
(863) 324-2734                  SHP WT: LTR
THE UPS STORE #4037             DATE: 25 JAN 2012
23781 US HIGHWAY 27
LAKE WALES  FL 33859-7802


SHIP  SAM M GIBBONS U.S COURTHOUSE
TO:   USDS MID. DIST. OF FL./ CLERK OF CT
      801 N FLORIDA AVE

      TAMPA  FL 33602-3849
```

**FL 336 9-03**

**UPS NEXT DAY AIR            1**

TRACKING #: 1Z 58E 902 01 8968 3044

BILLING: P/P

REF #2: 012612CC

ISH 13.00N ZZP 450 21.5V 10/2011

---

USDS MID DIST OF FL / CLERK OF CT
**801 N FLORIDA AVE**

TAMPA FL 33602-3828

P: GREEN   S: 195        I: **IN**

**AD5 – 5830**
1Z68E902018968  3044      1030
JR09MCG   FLTAB127   JAN 26 08:20:21 2012
US  3361  MIP 11.1.3   ZP4509

SCREENED By USMS

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Do not use this envelope for:
UPS Ground
UPS S
UPS 3
UPS W