FILED

Todd A. Ross
Danielle Ross
189 Fish Hawk Drive
Winter Haven, Florida 33884-4168
(863) 258-6536

2012 FEB -1 PM 12: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
2012 JAN 22 AM 9:45

FILED Feb 1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2, | Case No.: 8:11-cv-02019-RAL-TGW |
| Plaintiff, | **MOTION FOR LEAVE TO AMEND** |
| vs. | **[14] ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |
| TODD A. ROSS; DANIELLE ROSS; AMERICAN HOME MORTGAGE SERVICING, INC. AS SUCCESSOR-IN-INTEREST TO OPTION ONE MORTGAGE CORPORATION; HART LAKE COVE HOMEOWNERS ASSOCIATION, INC.; UNKNOWN PERSON(S) IN POSSESSION OF THE SUBJECT PROPERTY; | **TO ADD CROSS-CLAIMS AND THIRD-PARTY COMPLAINT** |
| | [ F.R.C.P. 14(a)(1) ] |
| Defendants. | [ OPPOSED MOTION ] |

### LOCAL RULE 3.01(g) CERTIFICATE

The undersigned hereby certify that they have conferred with opposing counsel and opposing counsel opposes this motion.

Defendants move for leave to file AMENDED [14] ANSWER, AFFIRMATIVE

MOTION FOR LEAVE TO AMEND ANSWER                    Page 1 of 2

DEFENSES AND COUNTERCLAIMS AND CROSS-CLAIMS (copy attached).

The current Plaintiff will not be unfairly prejudiced by the amendment of the Answer. Cross-Defendants will not be unfairly prejudiced by the amendment of the Answer because they have not yet been served, and therefore are at no disadvantage relative to the filing of a new lawsuit.

Pursuant to FRCP 15(a), "leave [to amend] shall be freely given when justice so requires." Foman v. Davis, 371 U.S. 178, 182 (1962); Gillette, 17 F.3d at 312; FRCP 15(a).

When the addition of a counterclaim is requested in combination with a motion for leave to amend under FRCP 15(a), the more liberal standards of Rule 15(a) are frequently applied to the addition of the counterclaim. See, e.g., T.J. Stevenson & Co. v. 81,193 Bags of Flour, 629 F.2d 338, 370 (5th Cir. 1980); Wright, Miller & Kane, §1479, p. 573.

Dated January 30, 2012.

By: _____  By: _____
Todd A. Ross, Plaintiff          Danielle Ross, Plaintiff

### CERTIFICATE OF SERVICE

I certify that upon the date last written below I served a true copy of the foregoing on:

HSBC BANK USA, National Association
c/o Courtney Kilbourne, Esq.
c/o Z. Suzanne Arbide
Kahane & Associates, P.A.
8201 Peters Road, Ste. 3000
Plantation, Florida 33324

HSBC BANK USA, National Association
c/o Natalie F. Guerra-Valdes
Arnstein & Lehr, LLP
200 E Las Olas Blvd, Suite 1700
Fr Lauderdale, FL 33301

by United States first class mail, postage prepaid.

DATED this 30 day of January, 2012.

_____
Todd A. Ross