IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:11-cv-2019-MSS-TGW

HSBC BANK USA, NATIONAL ASSOCIATION,
AS TRUSTEE FOR SG MORTGAGE SECURITIES
TRUST 2006-OPT2, ASSET BACKED CERTIFICATES,
SERIES 2006-OPT2

Plaintiff,

vs.

TODD A. ROSS and DANIELLE ROSS

Defendants.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO FILE
OUT OF TIME RESPONSE TO PLAINTIFF'S MOTION TO STRIKE
AFFIRMATIVE DEFENSES [DE 23]**

Plaintiff, HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 ("HSBC"), by and though its undersigned counsel, files this Response to Defendants', TODD A. ROSS and DANIELLE ROSS, Motion to File Out of Time Response to Plaintiff's Motion to Strike Affirmative Defenses ("Motion") [DE 23], and states as follows:

1. Plaintiff does not object to the relief sought in Defendants' Motion.

2. Plaintiff respectfully requests that Defendants confer with undersigned counsel pursuant to Local Rule 3.01(g) prior to filing motions for extensions of time in order to avoid unnecessary motion practice. If Defendants would have conferred with undersigned counsel, undersigned counsel would have informed Defendants that there was no objection to a

1

reasonable extension of time to file a response to Plaintiff's Motion to Strike Affirmative Defenses.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and served a copy of the foregoing on Defendants, Todd A. Ross and Danielle Ross via e-mail.

By: */s/ Natalie F. Guerra-Valdes*_____
Blank Rome, LLP
NATALIE F. GUERRA-VALDES
Florida Bar No.: 58737
NValdes@BlankRome.com
1200 North Federal Highway, Suite 312
Boca Raton, Florida 33432
Telephone: 561-417-8100
Facsimile: 561-417-8101