**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE
FOR SG MORTGAGE SECURITIES TRUST
2006-OPT2, ASSET BACKED CERTIFICATES,
SERIES 2006-OPT2,**

    Plaintiff,

v.                                                                            Case No.: 8:11-cv-02019-MSS-TGW

**TODD A. ROSS and DANIELLE ROSS,**

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Defendants' Motion for Leave to File Out of Time Response to Plaintiff's Motion to Strike Affirmative Defenses. (Dkt. 23) On December 29, 2011, the Plaintiff filed a Motion to Strike the Defendants' Answer. (Dkt. 22) On January 26, 2012, Defendants filed an Out of Time Response to Plaintiff's Motion to Strike Affirmative Defenses. (Dkt. 23) Upon consideration of all relevant filings and being otherwise fully advised, the Court hereby **GRANTS** Plaintiff's Motion (Dkt. 23), as described herein.

Local Rule 3.01(b) states that "[e]ach party opposing a motion shall file within fourteen (14) days after service of the motion a response that includes a memorandum of legal authority in opposition to the request." Furthermore, Local Rule 1.1 clearly states that the local rules shall apply to all proceedings in this Court. See M.D. Fla. Loc.

R. 1.1.  Pro se litigants, though afforded some leeway, are, nonetheless, required to follow the applicable rules of procedure.  Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989).  The Court accepts Defendants' excuse for their failure to file a timely response.  However, Defendants are admonished to read the Federal Rules of Civil Procedure and the Local Rules of this Court.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.

Additionally, Rule of conciliation 3.01(g) requires the moving party to confer with the counsel of the opposing party in good faith before filing any motions in a civil case. See M.D. Fla. Loc. R. 3.01(g).  As stated previously, responses to most motions must be filed 14 days after service of the motion.  Local Rule 3.01(b).  The instant response was 14 days late, but no prejudice was caused thereby, and the Plaintiff does not oppose the Defendants' Motion for leave to respond. (Dkt. 23; Dkt. 26)  Accordingly, the Court **GRANTS** the Defendants' Motion for Leave to File Out of Time Response. Upon consideration, it is hereby **ORDERED** that

1. The Defendants' Motion for Leave to File Out of Time Response to Plaintiff's Motion to Strike Affirmative Defenses is **GRANTED**.
2. The Order addressing Plaintiff's Motion to Strike is entered separately.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of March 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any unrepresented party